IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J GOODLICK, et al., | No. 10-02862 CW |
| Plaintiff, | ORDER TRANSFERRING CASE TO SAN JOSE DIVISION |
| v. | |
| APPLE INC, et al., | |
| Defendants. | |

    All civil actions shall be assigned to the "Courthouse serving the county in which the action arises." Civil L.R. 3.2(c). "A civil action arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated." Id. Civil Local Rule 3-5(b) requires Plaintiffs to include a paragraph entitled "Intradistrict Assignment" in their complaint, which must identify the basis for assignment to a particular division pursuant to Civil Local Rule 3-2(c). Here, Plaintiffs failed to include such a paragraph in their First Amended Complaint and they did not allege any connection between this action and the Oakland/San Francisco Division of the Northern District of California. It appears that the relevant acts and omissions alleged by Plaintiff occurred within the San Jose

Division.  Accordingly, the Court orders the case transferred to the San Jose Division.[1]

IT IS SO ORDERED.

Dated: 07/13/10

_____
CLAUDIA WILKEN
United States District Judge

---

[1] From the face of the First Amended Complaint, this is not an intellectual property action and should not be assigned on a district-wide basis.

2