KERSHAW, CUTTER & RATINOFF, LLP
William A. Kershaw (State Bar No. 057486)
wkershaw@kcrlegal.com
C. Brooks Cutter (State Bar No. 121407)
bcutter@kcrlegal.com
Stuart C. Talley (State Bar No. 180374)
stalley@kcrlegal.com
John R. Parker, Jr. (State Bar No. 257761)
jparker@kcrlegal.com
401 Watt Avenue
Sacramento, California 95864
Tel: (916) 448-9800
Fax: (916) 669-4499

Attorneys for Plaintiffs
Michael James Goodglick, Karen Young,
Joshua Gibson, Brandon Ellison Reininger,
Trevor Antunez, Jessica Lares, Jaywell Sands,
Bryan Clover, Jaclyn Badolato, Nicole
Stankovitz, and Vinny Curbelo

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL JAMES GOODGLICK, KAREN YOUNG, JOSHUA GILSON, BRANDON ELLISON REININGER, TREVOR ANTUNEZ, JESSICA LARES, JAYWILL SANDS, BRYAN COLVER, JACLYN BADOLATO, NICOLE STANKOVITZ, and VINNY CURBELO, on behalf of themselves and all others who are similarly situation,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., AT&T Corp.,<br><br>Defendants. | Case No. 5:10-cv-02862-RMW<br><br>**STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT TO SUBSTITUTE DEFENDANT AT&T MOBILITY LLC FOR AT&T CORP.**<br><br>The Hon. Ronald M. Whyte<br><br>FAC filed: June 30, 2010 |

1  WHEREAS, on June 29, 2010, Plaintiff Michael James Goodglick filed a complaint in the Northern District of California, naming Apple Inc. as a defendant.

WHEREAS, on June 30, 2010, Plaintiffs Michael James Goodglick Karen Young, Joshua Gilson, Brandon Ellison Reininger, Trevor Antunez, Jessica Lares, Jaywill Sands, Bryan Colver, Jaclyn Badolato, Nicole Stankovitz and Vinny Curbelo filed a First Amended Complaint which, among other changes, added AT&T Corp. as a defendant.

WHEREAS, Plaintiffs on the one hand, and AT&T Mobility LLC and AT&T Corp. on the other, have stipulated and agree that AT&T Mobility LLC should be substituted as a named defendant in the place of AT&T Corp.

WHEREAS, Defendant Apple Inc. does not object to the substitution of AT&T Mobility LLC in the place of AT&T Corp. as a defendant.

THEREFORE, in accordance with Federal Rule of Civil Procedure 15(a)(2), all parties, by and through their attorneys, stipulate to the filing of a Second Amended Complaint, attached as Exhibit A to this Stipulation, for the purpose of substituting AT&T Mobility LLC for defendant AT&T Corp.

Dated: July 28, 2010                    KERSHAW, CUTTER & RATINOFF, LLP

                                        By: _/s/ Stuart C. Talley_
                                            Stuart C. Talley
                                            Attorneys for Plaintiff

Dated: July 28, 2010                    CROWELL & MORING, LLP

                                        By: _/s/ Kathleen Sooy_
                                            Kathleen Sooy
                                            Attorneys for Defendants
                                            AT&T Mobility LLC and AT&T Corp.

Dated: July 28, 2010                    MORRISON & FOERSTER, LLP

                                        By: _/s/ Penelope A. Preovolos_
                                            Penelope A. Preovolos
                                            Attorneys for Defendant Apple Inc.

1 **ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4
5 Dated: August 5, 2010   By:  _____
The Honorable Ronald M. Whyte
6 United States District Court Judge