IRA P. ROTHKEN, SBN 160029
ROTHKEN LAW FIRM
3 Hamilton Landing, Ste 280
Novato, CA  94949
Telephone: (415) 924-4250
Facsimile:  (415) 924-2905
Email: ira@techfirm.com

Attorneys for Interested Party and
Plaintiff in Related Case,
STEVE TIETZE

WILLIAM ALTER KERSHAW
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, CA 95864
Tel: 916-448-9800
Fax: 916-669-4499
Email: wkershaw@kcrlegal.com

PENELOPE ATHENE PREOVOLOS
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: 415-268-7187
Fax: 415-268-7522
Email: ppreovolos@mofo.com

Attorneys for Plaintiffs
MICHAEL JAMES GOODLICK, et al.

Attorneys for Defendant
APPLE, INC.

[Additional Joining Plaintiffs' Counsel on
Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

| | |
|---|---|
| MICHAEL JAMES GOODLICK, et al.<br><br>                    Plaintiffs,<br>v.<br>APPLE, INC. and AT&T CORP.<br>                    Defendants. | Case No:  5:10-cv-02862-RMW<br><br>JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINTS; ORDER |

| | |
|---|---|
| 1 | ALAN BENVENISTY,<br>                    Plaintiff, | Case No:  5:10-cv-02885-JW |
| 2 | v. |
| 3 | APPLE, INC.,<br>                    Defendant. |
| 4 | CHRISTOPHER DYDYK,<br>                    Plaintiff, | Case No:  5:10-cv-02897-JW |
| 5 | v. |
| 6 | APPLE, INC. and AT&T, INC.,<br>                    Defendants. |
| 7 | JEFFREY ROGERS,<br>                    Plaintiff, | Case No:  5:10-cv-02916-JF |
| 8 | v. |
| 9 | APPLE, INC.,<br>                    Defendant. |
| 10 | |
| 11 | STEVE TIETZE,<br>                    Plaintiff, | Case No:  5:10-cv-02929-JF |
| 12 | vs. |
| 13 | APPLE, INC.,<br>                    Defendant. |
| 14 | |
| 15 | CHARLES PASANO,<br>                    Plaintiffs, | Case No:  5:10-cv-03010-PVT |
| 16 | v. |
| 17 | APPLE, INC. and AT&T<br>                    Defendants |
| 18 | A. TODD MAYO<br>                    Plaintiffs, | Case No:  5:10-cv-03017-PVT |
| 19 | v. |
| 20 | APPLE, INC.<br>                    Defendants. |
| 21 | GREG AGUILERA, II<br>                    Plaintiff, | Case No:  3:10-cv-03056-SI |
| 22 | v. |
| 23 | APPLE, INC. and AT&T CORP.<br>                    Defendants. |
| 24 | |

WHEREAS, Plaintiffs in the eight above-captioned cases located in the Northern District of California are in the process of relating the proposed

1   nationwide class actions brought on behalf of all "iPhone 4" users alleging, among

2   other things, design defects and loss of service, and to relate those cases in the

3   Northern District of California under Civil L.R. 3-12 before the Hon. Ronald M.

4   Whyte;

5          WHEREAS, an extension is necessary to give time for the pending motion

6   to relate the cases before Judge Whyte to be decided;[1]

7          WHEREAS, Defendant Apple Inc. ("Apple") has been served at various

8   times in the various actions with various due dates for responsive pleadings;

9          WHEREAS, Plaintiffs and Apple have agreed that the deadline for any and

10  all responsive pleadings currently due should have one due date and thus be

11  extended up through and including Monday, August 30, 2010;

12         NOW THEREFORE, Plaintiffs and Apple, through their counsel of record,

13  stipulate to the following:

14         IT IS HEREBY STIPULATED that, Defendants' responsive pleadings to

15  the complaints (or amended complaints, as applicable) in the above-captioned

16  cases shall be extended up through and including Monday, August 30, 2010.

17  IT IS SO STIPULATED:

---

[1] Multiple MDL motions have been filed and are pending, some of which request that all nationwide cases be transferred to the Northern District of California.

*DATED:  July 22, 2010*                    KERSHAW CUTTER & RATINOFF LLP

                                           By:_____/s/_____
                                           William Alter Kershaw
                                           Attorneys for Plaintiffs
                                           MICHAEL JAMES GOODLICK, TREVOR
                                           ANTUNEZ, JACLYN BADOLATO, BRYAN
                                           COLVER, VINNY CURBELO, JOSHUA
                                           GILSON, JESSICA LARES, BRANDON
                                           ELLISON REININGER, JAYWILL SANDS,
                                           NICOLE STANKOVITZ and KAREN YOUNG

                                           KERSHAW CUTTER & RATINOFF LLP
                                           401 Watt Avenue
                                           Sacramento, CA 95864
                                           Tel: 916-448-9800
                                           Fax: 916-669-4499
                                           Email: wkershaw@kcrlegal.com

*DATED:  July 22, 2010*                    GARDY & NOTIS, LLP

                                           By:_____/s/_____
                                           Jennifer Sarnelli
                                           Attorneys for Plaintiff
                                           ALAN BENVENISTY

                                           GARDY & NOTIS, LLP
                                           560 Sylvan Avenue
                                           Englewood Cliffs, NJ 07632
                                           201.567.7377 phone
                                           201.567.7337 fax
                                           jsarnelli@gardylaw.com

DATED:  July 22, 2010          MASON LLP

                               By: _____/s/_____
                               Gary E. Mason
                               Attorney for Plaintiff
                               CHRISTOPHER DYDYK

                               MASON LLP
                               1625 Massachusetts Avenue, N.W., Suite 605
                               Washington, DC 20036
                               Tel: 202-429-2290
                               Fax: 202-429-2294
                               Email: gmason@masonlawdc.com

DATED:  July 22, 2010          SHUBLAW LLC

                               By: _____/s/_____
                               Jonathan Shub
                               Attorney for Plaintiff
                               JEFFREY RODGERS

                               SHUBLAW LLC
                               1818 Market Street, 13th Floor
                               Philadelphia, PA 19106
                               Tel: 610-453-6551
                               Fax: 215-569-1606
                               Email: jshub@shublaw.com

DATED:  July 22, 2010          ROTHKEN LAW FIRM

                               By: _____/s/_____
                               IRA P. ROTHKEN
                               Attorneys for Plaintiff
                               STEVE TIETZE

                               ROTHKEN LAW FIRM
                               3 Hamilton Landing, Ste 280
                               Novato, CA  94949
                               Telephone: (415) 924-4250
                               Facsimile:  (415) 924-2905
                               ira@techfirm.com

*DATED:  July 22, 2010*                   FARUQI & FARUQI LLP

By:_____/s/_____
Vahn Alexander
Attorneys for Plaintiff
CHARLES PASANO

FARUQI & FARUQI LLP
1901 Avenue of the Stars
Second Floor
Los Angeles, CA 90067
Tel: (310) 461-1426
Fax: (310) 461-1427
Email: valexander@faruqilaw.com

*DATED:  July 22, 2010*                   SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

By:_____/s/_____
Rosemary Farrales Luzon
Attorneys for Plaintiff
A. TODD MAYO

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Tel: (619) 235-2416
Fax: (619) 234-7334
Email: rluzon@sfmslaw.com

*DATED:  July 22, 2010*          WEXLER WALLACE LLP

By:_____/s/_____
Mark John Tamblyn
Ian James Barlow
Neha Duggal
Attorneys for Plaintiff
GREG AGUILERA, II

WEXLER WALLACE LLP
455 Capitol Mall, Suite 231
Sacramento, CA 95814
Tel: (916) 492-1100
Fax: (916) 492-1124
Email: mjt@wexlerwallace.com
Email: ijb@wexlerwallace.com
Email: tl@wexlerwallace.com

*DATED:  July 22, 2010*          MORRISON & FOERSTER LLP

By:_____/s/_____
Penelope Athene Preovolos
Attorneys for Defendant
APPLE, INC.

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: 415-268-7187
Fax: 415-268-7522
Email: ppreovolos@mofo.com

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: July 23, 2010

_____
Ira P. Rothken

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   DATED: August 5, 2010                    _____
                                             DISTRICT JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28