IRA P. ROTHKEN, SBN 160029
ROTHKEN LAW FIRM
3 Hamilton Landing, Ste 280
Novato, CA  94949
Telephone: (415) 924-4250
Facsimile:  (415) 924-2905
Email: ira@techfirm.com

*E-FILED - 9/16/10*

Attorneys for Interested Party and
Plaintiff in Related Case,
STEVE TIETZE

| | |
|---|---|
| WILLIAM A. KERSHAW | PENELOPE A. PREOVOLOS |
| KERSHAW CUTTER & RATINOFF LLP | MORRISON & FOERSTER LLP |
| 401 Watt Avenue | 425 Market Street |
| Sacramento, CA 95864 | San Francisco, CA 94105 |
| Tel: 916-448-9800 | Tel: 415-268-7187 |
| Fax: 916-669-4499 | Fax: 415-268-7522 |
| Email: wkershaw@kcrlegal.com | Email: ppreovolos@mofo.com |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| MICHAEL JAMES GOODLICK, et al. | APPLE, INC. |

[Additional Joining Plaintiffs' Counsel on
Signature Pages]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| MICHAEL JAMES GOODLICK, et al.<br><br>                    Plaintiffs,<br><br>v.<br>APPLE, INC. and AT&T CORP.<br>                    Defendants. | Case63 No:  5:10-cv-02862-RMW (pvt)<br><br>JOINT STIPULATION EXTENDING<br>TIME TO RESPOND TO COMPLAINTS<br>[] ORDER |
| ALAN BENVENISTY,<br>                    Plaintiff,<br><br>v.<br>APPLE, INC.,<br>                    Defendant. | Case No:  5:10-cv-02885- RMW (pvt) |

STIPULATION EXTENDING TIME TO                - 1 -
RESPOND TO COMPLAINT

| | |
|---|---|
| 1 CHRISTOPHER DYDYK, | Case No:  5:10-cv-02897- RMW (pvt) |
| Plaintiff, | |
| 2 v. | |
| 3 APPLE, INC. and AT&T, INC., | |
| Defendants. | |
| 4 JEFFREY ROGERS, | Case No:  5:10-cv-02916- RMW (pvt) |
| Plaintiff, | |
| 5 v. | |
| 6 APPLE, INC., | |
| Defendant. | |
| 7 DAVID POPIK | Case No:  5:10-cv-02928- RMW (pvt) |
| Plaintiff, | |
| 8 v. | |
| 9 APPLE, INC., et al. | |
| 10 Defendant. | |
| STEVE TIETZE, | Case No:  5:10-cv-02929- RMW (pvt) |
| 11 Plaintiff, | |
| 12 vs. | |
| APPLE, INC., | |
| 13 Defendant. | |
| 14 | |
| 15 CHARLES PASANO, | Case No:  5:10-cv-03010- RMW (pvt) |
| Plaintiffs, | |
| 16 v. | |
| APPLE, INC. and AT&T | |
| 17 Defendants. | |
| 18 A. TODD MAYO | Case No:  5:10-cv-03017- RMW (pvt) |
| Plaintiffs, | |
| 19 v. | |
| 20 APPLE, INC. | |
| Defendants. | |
| 21 GREG AGUILERA, II | Case No:  3:10-cv-03056- RMW (pvt) |
| 22 Plaintiff, | |
| 23 v. | |
| APPLE, INC. and AT&T CORP. | |
| 24 Defendants. | |

25

26    WHEREAS, the nine above-captioned proposed nationwide class actions

27 brought on behalf of all "iPhone 4" users alleging, among other things, design

28

STIPULATION EXTENDING TIME TO        - 2 -
RESPOND TO COMPLAINT

1  defects and loss of service, have been related in the Northern District of California

2  under Civil L.R. 3-12 before the Hon. Ronald M. Whyte;

3  　　　WHEREAS, an extension is necessary to give time for the Judicial Panel for

4  Multidistrict Litigation ("JPML") to decide motions to transfer in MDL No. 2188,

5  set for hearing on September 30, 2010;[1]

6  　　　WHEREAS, Defendant Apple Inc. ("Apple") has been granted previous

7  extensions up through and including Monday, August 30, 2010, in which to file

8  Defendants' responsive pleadings to the complaints (or amended complaints, as

9  applicable) in the above-captioned cases;

10  　　　WHEREAS, Plaintiffs and Apple have agreed that the deadline for any and

11  all responsive pleadings currently due should be extended forty-five (45) days to

12  Thursday, October 14, 2010;

13  　　　NOW THEREFORE, Plaintiffs and Apple, through their counsel of record,

14  stipulate to the following:

15  　　　IT IS HEREBY STIPULATED that, Defendants' responsive pleadings to

16  the complaints (or amended complaints, as applicable) in the above-captioned

17  cases shall be extended up through and including Thursday, October 14, 2010.

18  IT IS SO STIPULATED:

19

20

21

22

23

24

25

26  [1] Multiple MDL motions have been filed and are pending, some of which request that all

27  nationwide cases be transferred to the Northern District of California.

28

STIPULATION EXTENDING TIME TO          - 3 -
RESPOND TO COMPLAINT

1    *DATED: August 26, 2010*        KERSHAW CUTTER & RATINOFF LLP

2                                     By:_____/S/_____

3                                     William A. Kershaw
                                      Attorneys for Plaintiffs
4                                     MICHAEL JAMES GOODLICK, TREVOR
                                      ANTUNEZ, JACLYN BADOLATO, BRYAN
5                                     COLVER, VINNY CURBELO, JOSHUA GILSON,
                                      JESSICA LARES, BRANDON ELLISON
6                                     REININGER, JAYWILL SANDS, NICOLE
                                      STANKOVITZ and KAREN YOUNG
7

8
                                      KERSHAW CUTTER & RATINOFF LLP
9                                     401 Watt Avenue
                                      Sacramento, CA 95864
10                                    Tel: 916-448-9800
                                      Fax: 916-669-4499
11                                    Email: wkershaw@kcrlegal.com

12

13
     *DATED: August 26, 2010*        GARDY & NOTIS, LLP
14
                                      By:_____/S/_____
15
                                      Jennifer Sarnelli
16                                    Attorneys for Plaintiff
                                      ALAN BENVENISTY, ANTHONY COLOGNA
17                                    and JOY BEARDEN

18
                                      GARDY & NOTIS, LLP
19                                    560 Sylvan Avenue
                                      Englewood Cliffs, NJ 07632
20                                    201.567.7377 phone
                                      201.567.7337 fax
21                                    jsarnelli@gardylaw.com

22

23

24

25

26

27

28
     STIPULATION EXTENDING TIME TO              - 4 -
     RESPOND TO COMPLAINT

1     *DATED: August 26, 2010*     RAM & OLSON

2     By: _____/S/_____

3     Michael Ram
    Attorneys for Plaintiff

4     CHRISTOPHER DYDYK

5

6     RAM & OLSON
    555 Montgomery Street, Suite 820

7     San Francisco, California 94111
    Tel: (415) 433-4949

8     Fax: (415) 433-7311

9     Email: mram@ramolson.com

10     Gary E. Mason

11     MASON LLP
    1625 Massachusetts Avenue, N.W., Suite 605

12     Washington, DC 20036
    Tel: 202-429-2290

13     Fax: 202-429-2294

14     Email: gmason@masonlawdc.com

15

16     *DATED: August 26, 2010*     SHUBLAW LLC

17

18     By: _____/S/_____
    Jonathan Shub

19     Attorney for Plaintiff
    JEFFREY RODGERS

20

21     SHUBLAW LLC
    1818 Market Street, 13th Floor

22     Philadelphia, PA 19106
    Tel: 610-453-6551

23     Fax: 215-569-1606

24     Email: jshub@shublaw.com

25

26

27

28

STIPULATION EXTENDING TIME TO     - 5 -
RESPOND TO COMPLAINT

1   *DATED: August 26, 2010*        KIRTLAND & PACKARD LLP

2                                   By:_____/S/_____
3                                   Michael Louis Kelly
                                    Behram Viraf Parekh
4                                   Heather Marie Peterson
                                    Attorneys for Plaintiff
5                                   DAVID POPIK

6
                                    KIRTLAND & PACKARD LLP
7                                   2361 Rosecrans Avenue, Fourth Floor
8                                   El Segundo, CA 90245-4923
                                    Tel: 310-536-1000
9                                   Fax: 310-536-1001
10                                  Email: mlk@kirtlandpackard.com
                                    Email: bparekh@yaplaw.com
11                                  Email: hmp@kirtlandpackard.com

12

13  *DATED: August 26, 2010*        ROTHKEN LAW FIRM

14                                  By: _____/S/_____
15                                  IRA P. ROTHKEN
                                    Attorneys for Plaintiff
16                                  STEVE TIETZE

17
                                    ROTHKEN LAW FIRM
18                                  3 Hamilton Landing, Ste 280
19                                  Novato, CA  94949
                                    Telephone: (415) 924-4250
20                                  Facsimile:  (415) 924-2905
21                                  ira@techfirm.com

22

23

24

25

26

27

28
STIPULATION EXTENDING TIME TO          - 6 -
RESPOND TO COMPLAINT

1   *DATED: August 26, 2010*     FARUQI & FARUQI LLP

2                                By:_____/S/_____

3                                Vahn Alexander
                                 Attorneys for Plaintiff
4                                CHARLES PASANO

5
                                 FARUQI & FARUQI LLP
6                                1901 Avenue of the Stars
                                 Second Floor
7                                Los Angeles, CA 90067
                                 Tel: (310) 461-1426
8                                Fax: (310) 461-1427
9                                Email: valexander@faruqilaw.com

10
     *DATED: August 26, 2010*     SHEPHERD, FINKELMAN, MILLER & SHAH,
11                               LLP

12
                                 By:_____/S/_____
13
                                 Rosemary Farrales Luzon
14                               Attorneys for Plaintiff
                                 A. TODD MAYO
15

16                               SHEPHERD, FINKELMAN, MILLER &
                                 SHAH, LLP
17                               401 West A Street, Suite 2350
18                               San Diego, CA 92101
                                 Tel: (619) 235-2416
19                               Fax: (619) 234-7334
20                               Email: rluzon@sfmslaw.com

21

22

23

24

25

26

27

28
     STIPULATION EXTENDING TIME TO          - 7 -
     RESPOND TO COMPLAINT

1    *DATED: August 26, 2010*       WEXLER WALLACE LLP

2                                   By:_____/S/_____
3                                   Mark John Tamblyn
                                    Ian James Barlow
4                                   Neha Duggal
                                    Attorneys for Plaintiff
5                                   GREG AGUILERA, II

6
                                    WEXLER WALLACE LLP
7                                   455 Capitol Mall, Suite 231
8                                   Sacramento, CA 95814
                                    Tel: (916) 492-1100
9                                   Fax: (916) 492-1124
10                                  Email: mjt@wexlerwallace.com
                                    Email: ijb@wexlerwallace.com
11                                  Email: nd@wexlerwallace.com

12
13   *DATED:  August 27, 2010*      MORRISON & FOERSTER LLP

14                                  By:_____/S/_____
15                                  Penelope A. Preovolos
                                    Attorneys for Defendant
16                                  APPLE INC.

17
                                    MORRISON & FOERSTER LLP
18                                  425 Market Street
19                                  San Francisco, CA 94105
                                    Tel: 415-268-7187
20                                  Fax: 415-268-7522
                                    Email: ppreovolos@mofo.com
21

22   I hereby attest that I have on file all holograph signatures for any signatures
23   indicated by a "conformed" signature (/S/) within this efiled document.

24   *DATED: August 26, 2010*       ROTHKEN LAW FIRM

25
                                    By: _____/S/_____
26                                  IRA P. ROTHKEN

27

28
     STIPULATION EXTENDING TIME TO          - 8 -
     RESPOND TO COMPLAINT

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___9/16/10_____          _Ronald M. Whyte_____
                                                            DISTRICT JUDGE

STIPULATION EXTENDING TIME TO              - 9 -
RESPOND TO COMPLAINT