PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
ANDREW D. MUHLBACH (CA SBN 175694)
AMuhlbach@mofo.com
STUART C. PLUNKETT (CA SBN 187971)
SPlunkett@mofo.com
HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

*E-FILED - 11/30/10*

*Attorneys for Defendant*
APPLE INC.

[Additional Joining Counsel on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE 4 PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>　　Goodlick - Case No. 5:10-2862<br>　　Benvenisty - Case No. 5:10-2885<br>　　Dydyk - Case No. 5:10-2897<br>　　Rodgers - Case No. 5:10-2916<br>　　Popik - Case No. 5:10-2928<br>　　Tietze - Case No. 5:10-2929<br>　　Fasano - Case No. 5:10-3010<br>　　Mayo - Case No. 5:10-3017<br>　　Aguilera- Case No. 5:10-3056<br>　　Noble - Case No. 5:10-3957<br>　　Milrot - Case No. 5:10-4117<br>　　Derose - Case No. 5:10-4273 | Case No.  5:10-md-02188-RMW<br><br>**JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINTS;<br>[] ORDER**<br><br>The Hon. Ronald M. Whyte |

1    WHEREAS, the twelve above-captioned proposed class actions brought on behalf of iPhone 4 users have been related in the Northern District of California under Civil L.R. 3-12 before the Hon. Ronald M. Whyte;

4    WHEREAS, on October 8, 2010, the United States Judicial Panel on Multidistrict Litigation ("JPML") issued an Order transferring four additional actions to the Northern District of California and assigning the matters to the Honorable Ronald M. Whyte for coordinated or consolidated pretrial proceedings;[1]

8    WHEREAS, Defendant Apple Inc. has been granted previous extensions to file responsive pleadings to the complaints, up through and including November 15, 2010, in the above captioned matters;

11    WHEREAS, Defendant AT&T Mobility LLC ("ATTM") has been granted previous extensions to file responsive pleadings to the complaints, up through and including November 15, 2010, in *Goodglick* and *Popik*, the cases in which it has been named as a defendant and served with the complaint;

15    WHEREAS, the parties have agreed that the deadline for any and all responsive pleadings currently due should be extended by 30 days to December 15, 2010;

17    WHEREAS, the stipulated extension will not alter the date of any event or deadline already fixed by the court;

19    NOW THEREFORE, Plaintiffs and Defendants, through their counsel of record, stipulate to the following:

21    IT IS HEREBY STIPULATED that Apple's responsive pleadings to the complaints (or amended complaints, as applicable) in the above-captioned cases and ATTM's responsive pleadings to the complaints (or amended complaints, as applicable) in *Goodglick* and *Popik* shall be extended up through and including December 15, 2010.

---

[1] The Transfer Order includes the following four actions: *Gionis v. Apple Inc, et al*. Case No. 1:10-11110 (D. Mass.); *McCaffrey v. Apple Inc., et al*. Case No. 1:10-1776 (D. Md.); *Purdue v. Apple Inc. et al,* Case No. 3:10-687 (M.D. Tenn); and *Nguyen v. Apple Inc.*, Case No. 3:10-252 (S.D. Tex.).

1
2  IT IS SO STIPULATED:
3  Dated: November 9, 2010
4
5

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
STUART C. PLUNKETT
HEATHER A. MOSER
MORRISON & FOERSTER LLP

6
7  By:   /s/ Stuart C. Plunkett
              Stuart C. Plunkett
8
   *Attorneys for Defendant*
   APPLE INC.
9

10 Dated: November 9, 2010
11

KATHLEEN TAYLOR SOOY
M. KAY MARTIN
JOEL D. SMITH

12
13 By:   /s/ Kathleen Taylor Sooy
              Kathleen Taylor Sooy
14
   *Attorneys for Defendant*
   AT&T MOBILITY LLC
15

16 CROWELL & MORING LLP
17 275 Battery Street, 23rd Floor
   San Francisco, CA  94111
18 Telephone:  (415) 986-2800
   Facsimile:  (415) 986-2827
19 mmartin@crowell.com
   jsmith@crowell.com

20 CROWELL & MORING LLP
21 1001 Pennsylvania Avenue, NW
   Washington, DC  20004
22 Telephone:  (202) 624-2500
   Facsimile:  (202) 628-5116
23 ksooy@crowell.com

24
25
26
27
28

Dated: November 9, 2010              KERSHAW CUTTER & RATINOFF LLP

                                     By:  /s/ William A. Kershaw
                                          William A. Kershaw

                                     *Attorney for Plaintiffs*
                                     MICHAEL JAMES GOODGLICK, ET AL.

                                     KERSHAW CUTTER & RATINOFF LLP
                                     401 Watt Avenue
                                     Sacramento, CA 95684
                                     Tel: 916-448-9800
                                     Fax: 916-669-4499
                                     Email: wkershaw@kcrlegal.com

Dated: November 9, 2010              GARDY & NOTIS LLP

                                     By:  /s/ Jennifer Sarnelli
                                          Jennifer Sarnelli

                                     *Attorney for Plaintiffs*
                                     ALAN BENVENISTY, ET AL.

                                     GARDY & NORIS LLP
                                     560 Sylvan Avenue
                                     Englewood Cliffs, NJ 07632
                                     Tel: 201-567-7377
                                     Fax: 201-567-7337
                                     Email: jsarnelli@gardylaw.com

| | | |
|---|---|---|
| 1 | Dated: November 9, 2010 | RAM & OLSON LLP |
| 2 | | |
| 3 | | By: /s/ Michael Ram |
| | | Michael Ram |
| 4 | | *Attorney for Plaintiff* |
| 5 | | CHRISTOPHER DYDYK |
| 6 | | RAM & OLSON |
| 7 | | 555 Montgomery Street, Suite 820 |
| | | San Francisco, CA 94111 |
| 8 | | Tel: 415-433-4949 |
| | | Fax: 415-433-7311 |
| 9 | | Email: mram@ramolson.com |
| 10 | Dated: November 9, 2010 | SHUBLAW LLC |
| 11 | | |
| 12 | | By: /s/ Jonathan Shub |
| | | Jonathan Shub |
| 13 | | *Attorney for Plaintiff* |
| 14 | | JEFFREY RODGERS |
| 15 | | SHUBLAW LLC |
| 16 | | 1818 Market Street, 13th Floor |
| | | Philadelphia, PA 19106 |
| 17 | | Tel: 610-453-6551 |
| | | Fax: 215-569-1606 |
| 18 | | Email: jshub@shublaw.com |
| 19 | Dated: November 9, 2010 | KIRTLAND & PACKARD LLP |
| 20 | | |
| 21 | | By: /s/ Michael Louis Kelly |
| | | Michael Louis Kelly |
| 22 | | *Attorney for Plaintiff* |
| 23 | | DAVID POPIK |
| 24 | | KIRTLAND & PACKARD LLP |
| 25 | | 2361 Rosecrans Avenue, Fourth Floor   El Segundo, CA 90245 |
| 26 | | Tel: 310-536-1000 |
| | | Fax: 310-536-1001 |
| 27 | | Email: mlk@kirtlandpackard.com |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: November 9, 2010 | ROTHKEN LAW FIRM |
| 2 | | |
| 3 | | By:  /s/ Ira P.Rothken |
| | | Ira P. Rothken |
| 4 | | *Attorney for Plaintiff* |
| | | STEVE TIETZE |
| 5 | | |
| 6 | | ROTHKEN LAW FIRM |
| | | 3 Hamilton Landing Ste 280 |
| 7 | | Novato, CA 94949 |
| | | Tel: 415-924-4250 |
| 8 | | Fax: 415-924-2905 |
| | | Email: ira@techfirm.com |
| 9 | | |
| 10 | Dated: November 9, 2010 | FARUQI & FARUQI LLP |
| 11 | | |
| 12 | | By:  /s/ Vahn Alexander |
| | | Vahn Alexander |
| 13 | | *Attorney for Plaintiff* |
| | | CHARLES FASANO |
| 14 | | |
| 15 | | FARUQI & FARUQI LLP |
| 16 | | 1901 Avenue of the Stars, Second Floor |
| | | Los Angeles, CA 90067 |
| 17 | | Tel: 310-461-1426 |
| | | Fax: 310-461-1427 |
| 18 | | Email: valexander@faruqilaw.com |

| | | |
|---|---|---|
| 1 | Dated: November 9, 2010 | SHEPARD, FINKELMAN, MILLER & SHAH LLP |
| 2 | | |
| 3 | | By: /s/ Rosemary Farrales Luzon |
| 4 | | Rosemary Farrales Luzon |
| 5 | | *Attorney for Plaintiff*<br>A. TODD MAYO |
| 6 | | |
| 7 | | SHEPARD, FINKELMAN, MILLER & SHAH LLP |
| 8 | | 401 West A Street, Suite 2350<br>San Diego, CA 92101 |
| 9 | | Tel: 619-235-2416<br>Fax: 619-234-7334 |
| 10 | | Email: rluzon@sfmslaw.com |
| 11 | Dated: November 9, 2010 | WEXLER WALLACE LLP |
| 12 | | |
| 13 | | By: /s/ Mark J. Tamblyn |
| 14 | | Mark J. Tamblyn |
| 15 | | *Attorney for Plaintiff*<br>GREG AGUILERA, II |
| 16 | | WEXLER WALLACE LLP |
| 17 | | 455 Capitol Mall, Suite 231<br>Sacramento, CA 95814 |
| 18 | | Tel: 916-492-1100<br>Fax: 916-492-1124 |
| 19 | | Email: mjt@wexlerwallace.com |

JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
sf-2919649

| | | |
|---|---|---|
| 1 | Dated: November 9, 2010 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 2 | | |
| 3 | | By: /s/ Stuart A. Davidson |
| 4 | | Stuart A. Davidson |
| 5 | | *Attorney for Plaintiff*<br>CHRISTOPHER DEROSE AND STACY MILROT |
| 6 | | |
| 7 | | ROBBINS GELLER RUDMAN & DOWD LLP |
| 8 | | 120 E. Palmetto Road, Suite 500<br>Boca Raton, FL 33432 |
| 9 | | Tel: 561-750-3000<br>Fax: 561-750-3364 |
| 10 | | Email: sdavidson@rgrdlaw.com |
| 11 | | |
| 12 | Dated: November 9, 2010 | AMAMGBO & ASSOCIATES |
| 13 | | |
| 14 | | By: /s/ Donald Amamgbo |
| | | Donald Amamgbo |
| 15 | | *Attorney for Plaintiff*<br>ZETHA NOBLE |
| 16 | | |
| 17 | | AMAMGBO & ASSOCIATES |
| 18 | | 7901 Oakport, Suite 4900<br>Oakland, CA 94621 |
| 19 | | Tel: 510-615-6000<br>Fax: 510-615-6025 |
| 20 | | Email:donald@amamgbolaw.com |
| 21 | | |

22  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

| | | |
|---|---|---|
| 23 | Dated: November 9, 2010 | STUART C. PLUNKETT<br>MORRISON & FOERSTER LLP |
| 24 | | |
| 25 | | |
| | | By: s/ Stuart C. Plunkett |
| 26 | | STUART C. PLUNKETT |
| 27 | | |
| 28 | | |

JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
sf-2919649

8

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**:

2      Defendants' responsive pleadings to the complaints (or amended complaints, as
3  applicable) in the above-captioned cases shall be extended up through and including December
4  15, 2010.

7  Dated: November  30, 2010          By: *Ronald M. Whyte*
                                         The Honorable Judge Ronald M. Whyte